| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| Jeanne L. Zimmer, Esq. (SBN 123231)<br>Carlson & Messer LLP<br>5959 W. Century Blvd., Suite 1214<br>Los Angeles, CA  90045<br>(310) 242-2200 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| DEON THOMAS, | | 12-CV-02128 VAP (OPx) |
| v. | Plaintiff(s) | |
| AMERICAN AGENCIES, LLC | | **REQUEST:**<br>**ADR PROCEDURE SELECTION** |
| | Defendant(s). | |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: May 10, 2013

Attorney for Plaintiff DEON THOMAS, pro se

Dated:

Attorney for Plaintiff

Dated: May 10, 2013

Attorney for Defendant AMERICAN AGENCIES, LLC

Dated:                     JEANNE L. ZIMMER

Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.