SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

Case No.   EDCV 12-02128-VAP (OPx)                           Date   May 20, 2013

Title   DEON L. THOMAS -*v*- AMERICAN AGENCIES, LLC

| Present: The Honorable | VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE | |
|---|---|---|
| Marva Dillard | Phyllis Preston | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| DEON L. THOMAS, Pro Se | JEANNE L. ZIMMER | |

Proceedings: SCHEDULING CONFERENCE

    Court and counsel confer re case and settlement status. The mediation shall be conducted no later than July 1, 2013.  The parties shall file a joint report no later than 10 days after the mediation regarding the progress of settlement discussions.  The parties elect to proceed with ADR Procedure No. 2, to appear before a neutral from the Court Mediation Panel.

    "Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. "

    The Court continues the Scheduling Conference to July 8. 2013, at 1:30 p.m.

*cc: ADR Program*

|  | - | : | 10 |
|---|---|---|---|
|  | Initials of Preparer |  | md |