Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Deon L. Thomas | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. | ED12-CV-02128 |
| American Agencies, Inc. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ___Leonard L. Gumport___ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: June 13, 2013

/s/ Thomas L. Deon
Attorney For Plaintiff   Pro Se Deon L. Thomas

Dated:

_____
Attorney For Plaintiff

Dated: June 13, 2013

/s/ Jeanne L. Zimmer
Attorney For Defendant   American Agencies, Inc.

Dated:

_____
Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **June 13, 2013**, I served the foregoing document described as: **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]  **ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **PERSONAL SERVICE BY HAND:** I personally served such document to address stated on POS Service List.

[ ]  **BY FACSIMILE**- I transmitted via telecopier machine such document to the offices of the addressees.

[ ]  **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **13th** day of **June, 2013**, at Los Angeles, California.

*/s/ Kathryn A. Brown*
Kathryn A. Brown

<u>**Deon L. Thomas v. American Agencies, LLC**</u>
**Our File No. 07417.00**

| | |
|---|---|
| Deon L. Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555<br>Phone: (951) 413-9071<br>Email: Dlthomas32@gmail.com | **Plaintiff Pro Se** |

07417.00/194400